UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:19-CR-36-D-1

UNITED STATES OF AMERICA

v.

CLIFTON DEBRON EDWARDS

ORDER ON
MOTION TO SEAL

This matter is before the Court on Defendant Clifton Edwards' Motion to Seal the pleading

filed on 13 October 2020 at D.E. 112. For good cause shown, it is ordered that Defendant's Motion

to Seal is ALLOWED.

This the __14__ day of __October__, 2020.

_____
HON. JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE, E.D.N.C.